United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 1, 2003**

Charles R. Fulbruge III
Clerk

In the
# United States Court of Appeals
for the Fifth Circuit

———————

m 02-20235

———————

CAPTAIN SHERIFF SAUDI,

Plaintiff-Appellant,

VERSUS

S/T MARINE ATLANTIC, ETC., ET AL.,

Defendants,

MARINE TRANSPORT LINES, INC.,
OWNER/MANAGER OF THE VESSEL "MARINE ATLANTIC";

MARINE TRANSPORT CORPORATION,
OWNER/MANAGER OF THE VESSEL "MARINE ATLANTIC,"

Defendants-Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

m 02-20563
_____

CAPTAIN SHERIFF SAUDI,

Plaintiff-Appellant,

VERSUS

S/T MARINE ATLANTIC, ETC., ET AL.,

Defendants,

MARINE ATLANTIC LTD.; ACOMARIT SERVICES MARITIME, S.A.;
OSPREY ACOMERIT SHIP MANAGEMENT, INC.;
KOCH SHIPPING, INC.; KOCH SUPPLY AND TRADING COMPANY,

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Southern District of Texas
m H-99-CV-2367
_____

Before SMITH, BARKSDALE, and CLEMENT,           AFFIRMED.  *See* 5TH CIR. R. 47.6.
    Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2